# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Robert L. Pennington Jr., )
)
Plaintiff )
)
vs. )                                Case No. _____
)                                (The case number will be assigned by the clerk)
Louie Glossip )
Brad Abernathy )
Advanced correctional Health INC )
Knox County sheriff Jack Hardlean )
Knox County sheriff David Clauge )
M.S.I Mechanical services Inc )
Knox Co. board Ted Winess )
_____, )
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: Strict liablity, I.T.E.D, Eight Amend. cruel and unusual punishment, Neglect, Mal-practice (Estelle v. Gamble, U.S. Sup. Ct. 1976) Deliberate Indifference (Wilson v. Seitler U.S. Sup. Ct. 1991)

☐ Unknown _____

_____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Robert L. Pennington Jr.

Prison Identification Number: _____

Current address: 152 S. Kellogg st Galesburg IL 61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Louie Glossip

Current Job Title: Adminstrator

Current Work Address 152 S. Kellogg ST. Galesburg IL 61401

Defendant #2:

Full Name: Brad Abernathy

Current Job Title: Chief

Current Work Address 152 S. Kellogg st Galesburg IL 61401

Defendant #3:

Full Name: Jack Hardlean

Current Job Title: Sheriff (current as of January 01 2023)

Current Work Address 152 S. Kellogg St Galesburg IL 61401

Defendant #4:

Full Name: David Clauge

Current Job Title: Sheriff [Past sheriff from 2017-2023]

Current Work Address 152 S. Kellogg St. Galesburg IL 61401

Defendant #5:

Full Name: Advanced Correctional Health Inc.

Current Job Title: Medical Contractor

Current Work Address 13922 W. Baring Trace, Peoria IL 61615

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑   No ☐

3

Defendant(s)

    Defendant 5:

        Full Name: Ted Inness

        Current Job Title  Knox county board President

        Current work address  200 S. Cherry St.

        Galesburg IL 61401

Defendant #6:

        Full Name  Mechanical Services Inc.

        Current Job Title

        Current work address  1144 Monmouth Blvd

            Galesburg IL 61401

C. If your answer to B is yes, how many? __4__ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
      Pennington v Flock. et al    19-CV-00228

   2. Basic claim made Fourth Amendment violation

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) At Stay

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☑

If your answer is no, explain why not  FEAR OF FINANCIAL retaliations By administration

C. Is the grievance process completed?   Yes ☑   No ☐

4

2. Name of case, court and Docket Number
   Pennington V. Sara L. Darrow   23-cv-1006
   Basic claim made   Jurisdiction

   Disposition   Denied However in seven circuit Appeals

3. Name of case court and Docket Number
   Pennington V. Mark Flack et. al   21-cv-1309
   Basic claim made   Fourth Amendment

   Disposition   ~~Denied~~ Dismissed

4. Name of case, court and Docket Number
   Pennington Jr V. Lillard   3:19-cv-01321-SMY
   Basic claim made   Fourth Amendment

   Disposition   Dismiss

IT'S UNDER INFORMATION AND BELIEF THE FACILITY OF KNOX COUNTY JAIL, IS AND HAS BEEN CONTAMINATED WITH "BLACK MOLD" AS OF SEPTEMBER OF 2021. I HAVE BEEN FORCED TO SUFFER THE IRREVERSABLE SIDE EFFECTS AND DAMAGES DIRECTLY RELATED TO THIS "BIO-HAZARD" AND THE DAMAGES IT CAUSES TO ALL LIVING ORGANISM'S THAT IT COMES IN CONTACT WITH.

HAD JAIL ADMINISTRATOR LOUIE GLOSSIP TAKEN THE APPROPRIATE ACTIONS, I WOULD HAVE NOT BEEN SUBJECTED TO, OR CAME IN CONTACT WITH THIS "DEADLY, TOXIC MOLD." AS A FEDERAL DETAINEE IT IS MY UNDERSTANDING THAT HAD THE ADMINISTRATION TAKEN THE APPROPRIATE STEPS NECESSARY AND ADVISED ALL APPROPRIATE AUTHORITIE'S, THE U.S. MARSHAL WOULD NOT HAVE ALLOWED ANY PRE-TRIAL DETAINEE'S TO BE HOUSED AT THIS LOCATION, KNOWING THE MEASURES THAT HAD BEEN TAKEN FOR PUBLIC SAFETY. AT THE CLOSING DOWN OF THE ROCK ISLAND FEDERAL COURT HOUSE IN 2018, SEPTEMBER 26TH. THIS DELIBERATE ACTION TO WITH HOLD SUCH VITAL LIFE AND DEATH INFORMATION FALL'S SQUARELY ON THE ADMINISTRATIONS HEADS.

ALL THE ACCUATION AND INFORMATION IS BASED ON INFORMATION AND BELIEF THAT IS TRUE THAT THIS "BLACK MOLD" EXIST AND THE INJURY WHICH IS CAUSED BY BEING FORCED TO LIVE IN THIS FACILITY ALONE, SHOULD BE SUFFICIENT ENOUGH FOR INJURIES, WHEN ALL THE NAMED DEFENDANTS NEGLECTED TO DO THEIR DUTIES TO REPORT THIS "BIO-HAZARD" TO THE APPROPRIATE AUTHORITIES.

KNOX COUNTY JAIL ADMINISTRATION, CONSISTING OF LOUIE GLOSSIP AND BRAD ABERNATHY, HAS TAKEN TO MAKE SURE THAT ALL HUMAN BEING'S

THAT COME UNDER THEIR CARE AND CUSTODY, WILL REMAIN SAFE, HOWEVER THEY HAVE CLEARLY ACTED WITH RECKLESS DISREGARD TO MY HEALTH AND TO ALL OTHER PRE-TRIAL DETAINEE'S, EVEN INTENTIONALLY VIOLATING OUR RIGHTS.

A "BLACK MOLD" TEST WAS ORDERED AND CONDUCTED WITHIN THIS FACILITY, RESULTS ARE ON RECORD WITH THE FACILITY, INCLUDED IN SOME GRIEVENCES OF OTHER PLAINTIFF'S, AND SOME INFORMATION CAN ALSO BE FOUND IN CASE NUMBER (21-4098), FILED BY WEST, IN HOPES THAT IT WOULD HAVE VINDICATED THEM OF THE ALLEGATION. INSTEAD, WHATEVER THE RESULTS WERE, THEY SET OFF A CHAIN OF EVENTS TO REMEDIATE, AND IT'S UNDER INFORMATION AND BELIEF THAT THE FACILITY HAS INDEED TESTED POSITIVE FOR THE LIFE THREATENING "BIO-HAZARD, BLACK MOLD" WITH THIS KNOWLEDGE CAME A RESPONSIBILITY AND LIABILITY ON BOTH LOUIE GLOSSIP AND BRAD ABERNATHY TO REPORT THIS INFORMATION CONFIRMING THAT "BLACK MOLD" HAD INDEED BEEN LOCATED THROUGH OUT THEIR FACILITY, SO THAT THIS "BIO-HAZARD" COULD BE REMEDIATED APPROPRIATELY.

IT IS A VERY WELL KNOWN FACT THAT THIS DANGEROUS MATERIAL AND IT'S TOXIC AGENTS CAUSE'S SEVERE IRREVERSABLE DAMAGE TO ALL LIVING ORGANIC TISSUE, AND WILL CERTAINLY LEAD TO PREMATURE DEATH.

THEY FAILED TO PREVENT ME AND COUNTLESS OTHER PRE-TRIAL DETAINEE'S FROM THE EXPOSURE OF "BLACK MOLD", AND THEY ARE CONTINUEING TO FORCE MYSELF AND EVERYONE ELSE TO BREATHE IN THIS "DEADLY, TOXIC, BIO-HAZARD", DAILY.

LOUIE GLOSSIP THEN HIRED M.S.I. TO DO EXTENSIVE REMODELING, INCLUDING REMEDIATION OF THE "BIO-HAZARD MATERIALS". IT IS ALSO ANOTHER STATEMENT MADE UNDER INFORMATION AND BELIEF THAT M.S.I. DOES NOT POSSESS THE PROPER CERTIFICATION TO REMOVE SUCH "BIO-HAZARD" MATERIALS FROM THE FACILITY.

INSTEAD, LOUIE GLOSSIP AND BRAD ABERNATHY KEPT IT IN HOUSE AND CARRIED OUT A PLAN FOR SELF SEEKING REASONS OF KEEPING A JOB AND MINIMIZE FINANCIAL LIABILITY, AND TO DO IT INDISCREETLY AS POSSIBLE, AND QUICKLY AS POSSIBLE.

THERE IS A TOTAL DISREGARD OF INJURIES THAT THIS MAYBE CAUSING ME AND ALL THE OTHER INDIVIDUAL'S THAT ARE BEING FORCED OR HAVE BEEN FORCED IN THE PAST YEARS TO ENDURE THIS DANGEROUS ENVIROMENT. LOUIE GLOSSIP AND BRAD ABERNATHY'S ACTIONS HAVE BEEN IN INTENTIONAL DISREGARD TO MY LIFE AND HEALTH, AS WELL AS ALL THE OTHERS.

DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITY'S CONTINUE:

(1) ADVANCED CORRECTIONAL HEALTHCARE INC. IS ALSO JUST AS LIABLE AS THE REST OF THE DEFENDANTS, BEING FULLY AWARE OF THE ON GOING HEALTH CRISIS, POSSIBLY EVEN CONSIDERED A EPIDEMIC. THEY HAVE NOT BEEN ADMISTERATING THE APPRO-PRIATE MANDATORY HEALTHCARE SERVICES GAURANTEED TO ALL U.S. CITIZENS, AND IN ACCORDANCE WITH THE U.S. MARSHAL'S SERVICES - POLICY DIRECTIVES. THEY ARE ESSENTIALLY DENYING ALL DETAINEE'S ANY FORM OF LIFE SAVING MEDICAL ATTENTION, IN THEIR OBVIOUS ATTEMPT OF PARTIALITY TOWARDS KNOX COUNTY JAIL AND IT'S ADMINISTRATION, INCLUDING ALL COUNTY OFFICALS, POSSIBLY, BUT NOT LIMITED TO, THE PURPOSE OF MINIMIZING FINANCIAL LOSS AND MAINTAINING

THEIR CONTRACT TO PROVIDE SERVICES, WHICH THEY ARE CLEARLY NOT DOING. THEY HAVE AN OBLIGATION AND OATH TO REPORT ANY TYPE OF HEALTH CRISIS — EPIDEMIC TO THE PROPER AUTHORITIE'S, WHICH THEY HAVE CLEARLY FAILED TO DO, OTHERWISE WE WOULD NOT STILL BE HERE DURING THIS REMEDIATION.

ADDITIONAL INFORMATION PERTAINING TO THIS HEALTH CRISIS (INJURY)

(1) SEE INFORMATION WITHIN SUBMITTED SPEC. DIAGRAM.

(2) SEE INFORMATION IN OTHER COMPLAINTS WITH THE SAME INJURY. 21-4098, 21-4171, 22-4144, 22-4185 or 86, 22-4180, 22-4036, 22-4054, 23-4009, 23-4070, 23-4095, 21-4117, 23-4084, 23-4091, 22-4148 (PICS), MIXON V., WHELCHEL V., THOMAS JR V., AMICK V, LEAKE V

(3) THERE IS A EXTENSIVE AMOUNT OF VISIBLE BLACK MOLD IN THE KITCHEN HANGING DOWN FROM THE CEILING AND HAS BEEN FOR SOME TIME NOW.

(4) MARCH 9TH: LIBRARY IS FULL OF BLACK MOLD, VIEWED BY MANY INDIVIDUALS DURING BIBLE STUDY, INCLUDING DEPUTY JZ, ROBISSON, PASTOR RICHARD AND PASTOR CHRIS, AND IT SMELT SO FOUL IN THERE, EVERYONE WAS TALKING ABOUT IT. THIS WENT ON FOR TWO WEEKS. AS OF APRIL 2023 THEY COVERED THE CONTAMINATED SUBSTRAIGHT WITH DRYWALL, BUT WE CAN STILL SMELL IT, WE JUST CAN'T SEE IT.

(5) 5/4/23 LIBRARY CEILING SUBSTRAIGHT HAS BEEN COMPLETELY DEMOED.

(6) UNDER INFORMATION AND BELIEF: FEB 16TH, 2023 DETAINEE JEFFERY ALAN BOSAW (22-4144) WAS TAKEN TO A SPECIALIST TO HAVE A LUMP THAT HAS BEEN GROWING FOR OVER TWO YEARS IN HIS THROAT FINALLY LOOKED AT AFTER BEGGING, ARGUING AND GRIEVENCING MEDICAL STAFF AND ADMINISTRATION FOR OVER 18 MONTH'S, TO DISCOVER THAT THE

(4)

ADDITIONAL INFORMATION CONTINUED:

CONTINUOUS EXPOSURE AND HIM BREATHING IN THIS SEVERE BIO-HAZARD, HAS ALMOST CLOSED OFF HIS ENTIRE WIND PIPE FROM THE DIAPHRAM AT THE ENTRANCE BEING SWOLLEN 30 X'S IT'S NORMAL SIZE. THIS DISCOVERY WAS SO SHOCKING THAT THE TRANSPORT DEPUTY, THAT SUFFERS THE EXACT SAME ISSUE, WANTED TO RUSH BACK TO THAT SAME SPECIALIST AFTER RETURNING BOSAW BACK TO THE CONTAMINATED FACILITY.

  (a) THERE ARE NOW 4 VICTIMS IN THE FACILITY REPORTING LUMPS THAT ARE CHOKING THEM. (6) AS OF 5/2/23 (9) AS OF 5/30/23 PLUS 2ND DEPUTY AS OF 6/19/23

  (b) IT'S SO BAD, THAT WHEN BOSAW ROLL'S ONTO HIS LEFT SIDE WHILE SLEEPING, IT STOPS HIS BREATHING. NO ONE SHOULD DIE THIS WAY. THIS COULD BE ME SOON.

(A) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES:

(1) M.S.I. > MECHANICAL SERVICES INC OF GALESBURG ILLINOIS, IS ALSO LIABLE AND RESPONSABLE FOR DAMAGES AND LOST LIFE DUE TO THE FACT THAT THEY ARE KNOWINGLY AND INTENTIONALLY MIS-HANDLING A VERY WELL DEFINED BIO-HAZARD MATERIAL WITHIN A FACILITY THAT IS FORCEFULLY POPULATED WITH MULTIPLE U.S. CITIZENS (VICTIMS), DUE TO THEIR SEVERE PARTIALITY TO THE ADMINISTRATION, WHILE IN FACT FURTHERING THE ALREADY EXISTING EPIDEMIC AT THE KNOX COUNTY LAW ENFORCEMENT CENTER.

(A) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES CONTINUED:

THEY ARE KNOWINGLY DEMOLIZING THIS BLACK MOLD IN A UNSAFE, UNRESTRAINED, NON-REGULATED MANNER, NOT FOLLOWING ANY E.P.A. MANDATED REGULATIONS TO MAINTAIN A SAFE ENVIROMENT FOR ANYONE (INCLUDING DEPUTIES) WITHIN THIS FACILITY. IT IS HIGHLY PROBABLE DUE TO THE LACK OF SAFETY PROTOCOL BY M.S.I., THAT M.S.I. IS A NON-CERTIFIED MOLD SPECIALIST CLEARLY OPERATING OUTSIDE THEIR SCOPE OF KNOWLEDGE AND ABILITY. THIS IS A OBVIOUS ATTEMPT TO REMEDIATE A BIO-HAZARD FROM A OCCUPIED ENVIROMENT AS QUICKLY AS POSSIBLE WITH OUT BEING NOTICED BY REGULATORS OF BIO-HAZARD DEBRI AND BEFORE THEY GET CAUGHT VIOLATING E.P.A. REGULATIONS.

(a) EXAMPLE: IF M.S.I. WAS MOLD CERTIFIED THEY WOULD KNOW THEY HAVE TO POST BIO-HAZARD SIGNS EVERYWHERE TO BE SEEN AT ALL TIMES TO WARN ALL IN THE FACILITY (WHICH SHOULD BE VACATED) AND PUBLIC COMING INTO THE FACILITY.

(B) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES CONTINUED:

(1) ADMINISTRATION > HAS ADMITTED TO ORDERING A MOLD TEST SPRING OF 2021 AFTER WEST (21-4098) FILED THE 1ST COMPLAINT IN HOPES THAT THE TEST WOULD VINDICATE THEM, THE COUNTY, MEDICAL STAFF, AND SHERIFF'S OFFICE (DAVID CLAGUE AND NOW JACK HARLAN), BUT IT BACK FIRED. THE FACILITY TESTED VERY POSITIVE, ESPECIALLY AIR QUALITY, FULL OF BLACK MOLD SPORES, CAUSING IRREVERSABLE ORGAN AND TISSUE DAMAGE TO 1000'S OF VICTIMS BEING FORCED TO LIVE AND WORK IN THIS HOSTILE LIFE STEALING ENVIROMENT. THEY ADMITTED THEY HIRED

(B) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES CONTINUED:
WHAT APPEARS TO BE A NON-CERTIFIED MOLD CONTRACTOR TO "REMEDIATE" THE BIO-HAZARD (ADMINS WORDS) IN A DISCRETE, FAST AS THEY CAN GET DONE MANNER, NO MATTER WHAT INJURY IS CAUSES THOSE VICTIMS THAT ARE STILL BEING FORCED TO ENDURE THE EPIDEMIC AT HAND.

CONFIRMING INFORMATION AND ACTIONS:

(a) MULTIPLE GRIEVENCES RESPONSES TO DETAINEE'S, ESPECIALLY ONE BLAKE AARON HANS (22-4185 or 86) ON 12/22/22 - HE MAY BE HOSPITALIZED FOR HEART PROBLEMS THAT WERE MADE WORSE WHILE HE WAS DETAINED LAST.

(b) THE FACT THAT MANY AREA'S OF THE FACILITY ARE GUTTED OR PARTIALLY DEMOED AS OF 4/2023, INCLUDING DETAINEE CONTAINMENT AREAS AND STILL ARE AS OF 6/22/23

(2) BOARD, COUNTY AND THE SHERIFF'S OFFICE (DAVID CLAGUE AND NOW JACK HARLAN) > THEY ARE ACCOUNTABLE DUE TO THE FACT THEY PERSONALLY INSPECTED THE MOLD AND KNOWING IT IS A EXTREME HEALTH CRISIS, ALL CAME TOGETHER TO WORK OUT THE DETAILS OF FUNDING AND ALLOCATING THOSE FUNDS TO THE LAW ENFORCEMENT CENTER TO REMEDIATE THE BIO-HAZARD DISCRETELY, WITHOUT CLOSING THE FACILITY

(a) THIS IS CONSPIRACY AND SHOULD BE TREATED AS SUCH.

(b) COUNTY BOARD PRESIDENT TED INNESS WAS FULLY AWARE OF THE SITUATION AT KNOX COUNTY JAIL. IT'S UNDER INFORMATION AND BELIEF THAT AFTER THE TEST REVEALED THE CRISIS WHICH KNOX COUNTY WAS IN CONCERNING THE MOLD, THAT TED INNESS HIRED ANOTHER COMPANY TO GIVE HIM THE RESULT WHICH WOULD

(B) DEFENDANT(S) LIABILITY AND/OR RESPONSIBILITIES CONTINUED:

(2)(b) KEEP THE COUNTY JAIL OPEN AND NOT REPORT THE EARLIER FINDINGS TO THE PROPER AUTHORITIES. HIS DECISION NOT TO ACT APPROPRIATELY, ACCORDING TO POLICIES AND PROTECTION FROM THE CONSTITUTION HAS DIRECTLY CAUSED ME TO BE SUBJECTED TO THIS INJURY OF BEING EXPOSED TO THE KNOWN BIO-HAZARD, BLACK MOLD AND ALL OF IT'S IRREVERSABLE DAMAGES THAT ARE BEING CAUSED NOW AND IN THE FUTURE. HIS NEGLIGENCE, RECKLESS DISREGARD, MALICIOUS CONDUCT AND INTENTIONAL ASSAULT ON ALL THE HUMAN LIVES HAS CAUSED A GRIEVOUS AMOUNT OF LOST LIFE FORCED UPON THOSE INDIVIDUALS DETAINED HERE, AND WORK HERE.

(C)

(1) ONCE I ARRIVED HERE I STARTED GETTING NUMEROUS SPLOCHES ON MY SKIN THAT WAS NOT THERE BEFORE I GOT HERE, ON MY THIGH AND BUTTOCK THAT TURN INTO SORES AND/OR A RASH. WHEN I LEFT HERE AND WENT TO THE M.C.C. IT CLEARED UP, BUT WHEN I RETURNED 3 MONTHS LATER IT RETURNED AS WELL. (THIS IS NOT ISOLATED TO ME EITHER: SEE RENEE LEAKE V. GLOSSIP et al). I ALSO NOTICE THAT MY URINE IS SMELLING HORRIBLE AS I MUST KEEP PLENTY OF WATER IN MY SYSTEM FOR GOUT ISSUES, SO I CAN TELL THAT THIS SMELL IS NOT THE NORMAL THAT IT USE TO BE. I AM ALSO SUFFERING SEVERE MUSCLE PAIN IN MY BACK AND I'M CONCERNED THIS MAY BE KIDNEY RELATED. MY ABILITY TO KEEP A STRAIGHT THOUGHT HAS GREATLY DIMINISHED, WHICH I AM ALSO CONCERNED WILL CONTINUE TO GET WORSE NOW. AND I WILL NEVER RECOVER FROM.

(D) THERE IS A IMMENSE AMOUNT OF RESEARCH AVAILABLE TO ANYONE, THAT NOT ONLY SHOWS THE SEVERE ORGAN AND TISSUE DAMAGE (THAT IS IRREVERSABLE) CAUSED BY BLACK MOLD EXPOSURE, BUT ALSO THAT THIS SINGLE INJURY, CAN AND WILL MANIFEST IN MANY DIFFERENT SYMPTOMS, EVEN THOUGH THE INJURY IS THE SAME, INDIVIDUALS CAN AND WILL HAVE DIFFERENT PERMANENT DAMAGES CAUSED BY THIS SAME BIO-HAZARD.

 (a) BLACK MOLD IS PROVEN TO BE DEADLY, AND EVERY MAN AND WOMAN DETAINED HERE IS SERVING A DEATH SENTENCE AND MOST HAVE NOT EVEN BEEN CONVICTED OF ANY CRIME AND NO ONE HAS DESERVED A DEATH SENTENCE THAT HAS BEEN CONVICTED.

 (b) THERE HAS BEEN A SERIOUS DUE PROCESS VIOLATION, TO BE SENTENCED TO DEATH WITHOUT A TRIAL FOR IT.

 (c) DETAINEE'S HAVE BEEN GRIEVENCING THIS BIO-HAZARD FOR YEARS, SOME GETTING THEIR GRIEVENCING TURNED OFF (BRAND WILSON 22-4148) AND THEN GETTING ASSAULTED BY STAFF WHEN HE TRIED TO STAND FOR WHAT RIGHTS HE THOUGHT HE HAD.

(E) THE MEDICAL STAFF AND DEPUTY'S ARE NOT ALLOWED TO SAY THE WORD "MOLD" BY THREAT OF TERMINATION, THIS IS MOST LIKELY WHY SOME 9 "DEPUTY'S QUIT IN A 45 DAY TIME AROUND SEP 2022 WHEN M.S.I. WAS KNOCKING ALL THE SPORES DOWN ON THE DETAINEE'S DURING ROOF REPAIRS, WE DO PLAN ON CALLING THOSE DEPUTY'S AS WITNESSES.

 (a) THERE HAS BEEN ONE DETAINEE (AGE 23- KYLE TOMPKINS) THAT SUFFERED KIDNEY DAMAGE IN HIGHLY POSSIBLE RESPONSE TO THIS LETHAL CONFINED EXPOSURE.

(F) THIS COULD BE CONSIDERED GENOCIDE, DUE TO ALL THE CONTINUED LOSS OF LIFE BEING COMMITTED INTENTIONALLY BY ALL DEFENDANTS, WHETHER DIRECTLY OR INDIRECTLY.

    (a) THE ONLY REASON THAT MAKES SENSE FOR SUCH A INJURY TO CONTINUE ON THIS WAY, IS TO MINIMIZE FINANCIAL LIABILITY AT THE EXPENSE OF LIVES.

    (b) THERE IS OBVIOUSLY A CONSPIRACY BY MULTIPLE PARTIES TO MAKE THIS HEALTH CRISIS AND HUMAN RIGHTS VIOLATION GO AWAY, QUICKLY AND QUIETLY.

    (c) THERE ARE MULTIPLE OATH'S OF OFFICE THAT ARE BEING INTENTIONALLY VIOLATED DURING THIS WELL KNOWN HEALTH CRISIS CURRENTLY HAPPENING AT THE KNOX CO. LAW ENFORCEMENT CENTER.

(6) I AM A FEDERAL DETAINEE THAT IS BEING DETAINED AT A PRIVATELY OWNED HOLDING FACILITY AS WE WERE JUST RECENTLY INFORMED BY ADMINISTRATION THROUGH A GRIEVENCE RESPONSE TO MAURICE CLAEY'S III (23-4070) ON OR AROUND 5/19/23 (& VERIFIED BY DEPUTY'S) THAT SINCE IT IS A PRIVATELY OWNED FACILITY, IT DOES NOT HAVE TO CONFORM TO THE SAME POLICIES OF GOVERNMENT OWNED FACILITIES IN THE STATE.

ORDER →   (a) WE NEED THE COURT TO ISSUE A WRIT TO DISCOVER OWNERSHIP SO THE OWNER CAN BE PROPERLY ADDED TO THE DEFENDANT(S) IN THIS ACTION AND ALL OTHERS

(10)

(G) CONTINUED:

(b) WE OBTAINED A COPY OF THE U.S. MARSHAL'S SERVICE POLICY DIRECTIVES TO INVESTIGATE JUST WHAT PROCEDURES AND GUIDELINES THIS FACILITY MUST FOLLOW TO BE ABLE TO HOLD FEDERAL DETAINEE'S SAFELY AND WHAT VIOLATIONS THEY ARE INTENTIONALLY COMMITTING.

(i) UNDER (C) PROCEDURES (1)(e)(1)
→ "THE DISTRICT WILL NOTIFY POD/OMO WHEN A PRISONER HAS A SERIOUS ILLNESS......" (BLACK MOLD IS A SEVERE INJURY)

UNDER (C) PROCEDURES (1)(e)(1)(a)
→ "THIS NOTIFICATION WILL INDICATE THE PRISONERS DIAGNOSIS AND SYMPTOMS" (BLACK MOLD BY THE E.P.A., CDC, & HEALTH DEPARTMENT, IS CONSIDERED AND KNOWN TO BE ONE OF THE MOST DEVASTATING AND SERIOUS HEATH INJURIES.)

UNDER (C) PROCEDURES (1)(e)(1)(b)
"WHEN POD HAS VERIFIED THAT A PRISONER HAS A SERIOUS ILLNESS...... THE U.S. ATTORNEY, COURT AND DEFENSE COUNSEL MUST BE NOTIFIED." (BLACK MOLD IS A KNOWN SERIOUS HEALTH HAZARD & CAUSES ALL OCCUPIED FACILITIES TO BE CLOSED FOR REMEDIATION BY CERTIFIED CONTRACTORS, SUCH AS THE ROCK ISLAND FEDERAL COURT HOUSE, TO PROTECT THOSE GOVERNMENT EMPLOYEE'S AND THE PUBLIC.

UNDER (C) PROCEDURES (d)(1)
"MUST BE REPORTED TO THE CDC." (ALL BIO-HAZARDS ARE SUPPOSE TO BE REPORTED TO THE CDC, EPA, AND HEALTH DEPARTMENT. FAILURE TO DO ANY OF THE ABOVE IS A INTENTIONAL VIOLATION OF THE USMS POLICIES AND MY DUE PROCESS.

(11)

6) CONTINUED:

    (ii) UNDER (D) DEFINITIONS

        (3) "SERVICES REQUIRED WHICH WITHOUT PROMPT CARE WOULD CAUSE UNDUE SUFFERING, PAIN, SIGNIFICANT OR IRREVERSABLE LOSS OF FUNCTION OR DEATH.... TO INCLUDE INJURY..." (BLACK MOLD CAUSES PERMANENT SERIOUS ORGAN AND TISSUE DAMAGE, CAUSING SEVERE LOSS OF FUNCTION + DEATH. ALSO CANCER THAT WILL MANIFEST AT ANY TIME IN LIFE, AFTER EXPOSURE. FAILURE TO PROTECT, NEGLECT OR INTENTIONALL INJURY SUCH AS THIS, IS A SERIOUS DUE PROCESS VIOLATION.)

        (6) "INFECTOUS AGENT"....(BLACK MOLD)"... OR IT'S TOXIC PRODUCT THAT RESULTS IN THE TRANSMISSION OF THAT AGENT..."

        (9) "MEDICALLY NECESSARY HEALTH CARE...... UNTREATED WOULD LIKELY LEAD TO SIGNIFICANT LOSS OF FUNCTION, DETERIORATION OF HEALTH, UNCONTROLLED SUFFERING OR DEATH."

(H) NOW ALL OF A SUDDEN THIS PRIVATE FACILITY IS CHARGING FEDERAL DETAINEES FOR MEDICAL VISITS WHEN THEY NEVER HAVE BEFORE IN A OBVIOUS ATTEMPT TO GET US TO STOP SEEKING MEDICAL ATTENTION FOR THIS INJURY THEY HAVE CLEARLY CAUSED DURING THIS HEALTH CRISIS.

    (i) USMS POLICY DIRECTIVES (8)(e) CO-PAYMENTS:

        (1) "THE USMS WILL NOT BE RESPONSIBLE FOR CO-PAY THAT A STATE OR LOCAL GOVERNMENT MAY ASSESS". (THIS IS A PRIVATE FACILITY, AND DOES NOT APPLY.)

(12)

## RELIEF REQUESTED

(State what relief you want from the court.)

(A) Pain and Suffering 500,000 (B) 1,000,000 Loss of Life (C) All future Medical 1,000,000 (D) Future Loss of Income 1,000,000 (E) Punitive Damages 2,000,000 (F) Anything els the court or jury sees fit. (G) Each defendant be sued in their individual capacity as well as their official capacity

JURY DEMAND     Yes ☑     No ☐

Signed this __23__ day of __July__, 20__23__.

_Robert L Pennington_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Robert L. Pennington Jr | NONE |
| Address: | Telephone Number: |
| 182 S. Kellogg st Galesburg IL | NONE |

8